UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SAMUEL IKECHUKWU NNAMDI,

Petitioner,

v.

WARDEN, EDEN DETENTION CENTER, et al.,

Respondents.

No. 6:26-CV-248-H

**ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

Before the Court is the petitioner's emergency petition for a writ of habeas corpus and complaint for declaratory and injunctive relief (Dkt. No. 1), which contains an emergency motion for temporary restraining order, administrative stay, expedited consideration, and expedited habeas relief (Dkt. No. 1-1) and an emergency motion to expedite habeas proceedings (Dkt. No. 1-3). The Court finds good cause to give the respondents seven days to respond to this Show-Cause Order and thus grants the motion to expedite (Dkt. No. 1-3) in part. *See* 28 U.S.C. § 2243.

Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than July 23, 2026. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than July 28, 2026. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on July 16, 2026, a notice addressing whether the government will commit not to remove the

petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and by prior agreement of the Office for the United States Attorney for the Northern District of Texas. The Clerk shall mail a copy of this order to the petitioner or his attorney of record.

So ordered on July 16, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE