UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SAMUEL IKECHUKWU NNAMDI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION CENTER, et al.,<br><br>Respondents. | No. 6:26-CV-248-H |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order, Dkt. No. 16, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on July 29, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE