UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SAMUEL IKECHUKWU NNAMDI,

Petitioner,

v.

WARDEN, EDEN DETENTION CENTER, et al.,

Respondents.

No. 6:26-CV-248-H

**ORDER**

Before the Court is Samuel Ikechukwu Nnamdi's Emergency Motion to Enforce Respondents' Three-Day Notice Commitment, for Temporary Administrative Stay, Injunction Pending Appeal, Release or Appropriate Custody, and Protection Against Further Transfer and brief in support. Dkt. Nos. 19; 20. The respondents are ordered to file a response to the motion by no later than 1:00 p.m. In particular, the respondents should address the propriety of a stay or injunction pending appeal, as well as the effect, if any, of the notice of appeal (Dkt. No. 18).

So ordered on July 31, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE